No. D–188. IN RE DISBARMENT OF KESLER. Disbarment entered. [For earlier order herein, see 446 U. S. 915.]

No. 79–404. UNITED STATES v. CORTEZ ET AL. C. A. 9th Cir. [Certiorari granted, 447 U. S. 904.] Motion of respondents for divided argument granted.

No. 79–408. CITY OF MILWAUKEE ET AL. v. ILLINOIS ET AL. C. A. 7th Cir. [Certiorari granted, 445 U. S. 926.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted.

No. 79–824. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. WNCN LISTENERS GUILD ET AL.;
No. 79–825. INSILCO BROADCASTING CORP. ET AL. v. WNCN LISTENERS GUILD ET AL.;
No. 79–826. AMERICAN BROADCASTING COS., INC., ET AL. v. WNCN LISTENERS GUILD ET AL.; and
No. 79–827. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. v. WNCN LISTENERS GUILD ET AL. C. A. D. C. Cir. [Certiorari granted, 445 U. S. 914.] Motion of the Solicitor General for divided argument granted. Motion of petitioners in No. 79–825 for divided argument denied.

No. 79–1157. ROSEWELL, TREASURER OF COOK COUNTY, ILLINOIS, ET AL. v. LASALLE NATIONAL BANK, TRUSTEE. C. A. 7th Cir. [Certiorari granted, 445 U. S. 925.] Motion of Cook County Legal Assistance Foundation ex rel. Fred Schubert for leave to file a brief as *amicus curiae* granted.

No. 79–1171. MINNESOTA v. CLOVER LEAF CREAMERY CO. ET AL. Sup. Ct. Minn. [Certiorari granted, 445 U. S. 949.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted.

No. 79–1420. FIRESTONE TIRE & RUBBER CO. v. RISJORD. C. A. 8th Cir. [Certiorari granted, 446 U. S. 934.] Motion of petitioner to supplement the record granted.